```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                      OCT 10 2014

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. EDCR 12-56-VAP |
|            Plaintiff,           ) | ORDER OF DETENTION AFTER HEARING |
|            v.                   ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Adela Rosario Jaime-Espinoza    ) | 18 U.S.C. § 3143(a) |
|                                 ) | Allegations of Violations of |
|            Defendant.           ) | Probation/Supervised Release Conditions) |

   On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

       A. ( ✓ ) the appearance of defendant as required; and/or

       B. ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____
_____

   B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 10/10/14

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge