

FILED
CLERK, U.S. DISTRICT COURT

SEP -2 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>Adela Rosario Jaime-Espinoza<br>          Defendant. | Case No.: ED12CR56-VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- SUBMISSION TO DETENTION

1

1 | and/or

2 | B.  ( )  The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18
5 | U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 | _____
7 | _____
8 | _____
9 | _____
10 | _____

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.

15 | Dated:  9/2/16

16 | *[signature]*
    | HONORABLE DAVID T. BRISTOW
    | United States Magistrate Judge